**Eric J. ALBERT, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 06–7045.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2007.

Before BRYSON, GAJARSA, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36